UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-641-FDW

| | | |
|---|---|---|
| ADRIAN D. MURRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOHN DOE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the pro se Plaintiff's Motion to Waive Filing Fee, (Doc. No. 8), in which Plaintiff seeks a waiver of the filing fee, at least partially, based on the financial hardship he will incur if he is required to pay the fee in this action. See (Doc. No. 8).

Plaintiff's motion is denied, as prisoners are required by federal statute to pay the filing fee for bringing civil actions, and Congress has provided no exception in the statute based on financial hardship. See 28 U.S.C. § 1915(b)(1) (stating that "if a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee").

**IT IS THEREFORE ORDERED** that:

1. Plaintiff's Motion to Waive Filing Fee, (Doc. No. 8), is **DENIED**.

Signed: February 5, 2019

Frank D. Whitney
Chief United States District Judge

1