UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00641-FDW

| | | |
|---|---|---|
| ANDREW D. MURRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| WARDEN, Lanesboro Correctional, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on its own motion on Plaintiff's filing of "Request for Admissions" and "Depositions by Written Questions." [Docs. 22, 22-1].

The Plaintiff has filed with the Court discovery directed to certain Defendants in this matter. [Docs. 22, 22-1].

The Plaintiff is advised that discovery requests should not be filed with the Court. Discovery materials should only be exchanged between the parties and only after the Court has entered the Pretrial Order and Case Management Plan (PTOCMP) in this case. As such, any discovery requests are premature, in any event. The Plaintiff may serve discovery on Defendants only at the proper time and in accordance with the terms of the PTOCMP.

**IT IS, THEREFORE, ORDERED** that:

Plaintiff's Request for Admission [Doc. 22] and Depositions by Written Questions [Doc. 22-1] be **STRICKEN** from the record in this matter.

Signed: July 26, 2019

Frank D. Whitney
Chief United States District Judge