UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00641-MR

| ADRIAN D. MURRAY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| KENNETH BEAVER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** comes before the Court *sua sponte* on the Court's partial denial of Defendants' Motion for Summary Judgment.

The parties are directed to notify the Court within fourteen (14) days of this Order whether they consent for this Court to hold a judicial settlement conference pursuant to Local Civil Rule 16.3(d) in an effort to settle this matter without a trial.

The parties are advised that, should a judicial settlement conference being undertaken in this matter to facilitate settlement, there is no requirement that the case settle through such a conference. Rather, if a judicial settlement conference were unsuccessful, the matter would proceed to trial. Should the parties not agree to a judicial settlement conference in this matter, the matter will be set for trial to occur as soon as feasible.

# ORDER

**IT IS THEREFORE ORDERED** that the parties shall notify the Court within fourteen (14) days of this Order whether they consent to a judicial settlement conference in this matter.

**IT IS SO ORDERED.**

Signed: July 20, 2021

Martin Reidinger
Chief United States District Judge