IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00641-MR

| | |
|---|---|
| ADRIAN D. MURRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| JAMES R. MOHL, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

This matter is before the undersigned following the Order of the District Court referring this case for a judicial settlement conference. Doc. 69.

A judicial settlement conference is set for **Tuesday, October 12, 2021** beginning at 1:00 p.m.

Considering that Plaintiff, who appears *pro se,* is no longer incarcerated, the undersigned intends to conduct the settlement conference in-person at the courthouse located at 100 Otis Street, Asheville, North Carolina, 28801. Plaintiff will be expected to appear and Defendant, his counsel, and a person with full authority (not including counsel of record) to settle all pending claims must also participate. See Local Civil Rule 16.3(d)(2).

Any request seeking modification of the terms of this Order shall be filed no later than September 28, 2021 or be subject to summary denial.

It is so ordered.

Signed: August 24, 2021

W. Carleton Metcalf
United States Magistrate Judge