IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00641-MR

| | |
|---|---|
| ADRIAN D. MURRAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES R. MOHL, )<br>)<br>Defendant. )<br>_____ ) | **Report of Judicial<br>Settlement Conference** |

A judicial settlement conference was conducted with the undersigned on Tuesday, October 12, 2021.

The settlement conference was originally scheduled to be conducted in person. However, on the morning of October 12, 2021, the undersigned's chambers were advised that Plaintiff would not be able to attend in person.

A telephonic status conference was then conducted with counsel for Defendant, Bettina Roberts, and Plaintiff, who is proceeding *pro se*. During the status conference, Plaintiff stated that his transportation from Greensboro, North Carolina to the courthouse in Asheville, North Carolina had fallen through, and confirmed that he would not be able to attend the conference in person on October 12.

With the parties' consent, the undersigned proceeded with the conference as scheduled, with Ms. Roberts appearing in person and Defendant

James R. Mohl, representatives of the North Carolina Department of Public Safety, and Plaintiff all participating by telephone.

The parties reached an impasse.

Signed: October 13, 2021

W. Carleton Metcalf
United States Magistrate Judge